UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61868-CIV-SINGHAL

MARIA MERCEDES ANGARITA DE BREWER,
individually and as Next Friend to her Minor
Child, J.S.B.A., *et al.*,

    Plaintiffs,

v.

MERRICK B. GARLAND, Attorney General of
the United States, in his official capacity, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** has come before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon Defendant within 90 days after the filing of the complaint. Plaintiff filed this action on October 5, 2022, and to date, there is no indication in the court file that Defendants have been served with the summons and Complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **January 12, 2023**, Plaintiff shall perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by January 12, 2023, will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of January 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copy furnished counsel via CM/ECF